UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO.** |
| v. | **MAGISTRATE NO. 19-mj-186** |
| **JOSHUA DAVID MCCARTY,** | **VIOLATION:** |
| Defendant | 18 U.S.C. § 2252(a)(2) |
| | **(Distribution of Child Pornography)** |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

Between on or about July 16, 2019, in the District of Columbia and elsewhere, the defendant, **JOSHUA DAVID MCCARTY**, did knowingly distribute any visual depiction, using any means and facility of interstate and foreign commerce, and that such visual depiction had been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer; and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct.

**(Distribution of Child Pornography**, in violation of Title 18, United States Code, Section 2252(a)(2))

CHANNING D. PHILLIPS
Acting United States Attorney

*Amy E. Larson*

Amy E. Larson
Assistant United States Attorney
New York Bar No. 4108221
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
202-252-7863
Amy.larson2@usdoj.gov