UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO.   21-cr-528 |
| v. | : | |
| JOSHUA DAVID MCCARTY, | : | |
| Defendant. | : | |

## STATEMENT OF OFFENSE

The parties in this case, the United States of America and the defendant, Joshua David McCarty ("McCARTY"), stipulate and agree that the following facts are true and accurate. These facts do not constitute all of the facts known to the parties concerning the charged offense; they are being submitted to demonstrate that sufficient facts exist that the defendant committed the offense to which he is pleading guilty: Distribution of Child Pornography, in violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1).

### Statement of Facts

On Tuesday, July 16, 2019, a task force officer with the Federal Bureau of Investigation ("FBI")/Metropolitan Police Department ("MPD") Child Exploitation Task Force ("CEHTTF") was operating out of a satellite office in Washington, D.C.in an undercover capacity ("UC"). In that capacity, the UC entered a public KIK[1] group titled, "Dau Verify." While monitoring the group activity, the UC observed a KIK user using the KIK username, "jdone83" with a display name of "Joshua Mccarty." ("McCARTY").

The UC and McCARTY engaged in a private KIK chat. McCARTY told the UC that he was divorced, but that he was previously the stepfather to a 13-year-old girl. The UC informed

---

[1] KIK is a free mobile messaging application that allows users to exchange messages and content, including images and videos, over a cellular device. KIK also allows members to creategroups that allow users to communicate as a group and send pictures and videos.

McCARTY that he was the father of an 8-year-old girl and that he had a girlfriend who had a 6-year-old son. At the outset of the chat, McCARTY stated, "I did 5 yrs in prison for doing "live stuff"… So Imas real about this as anyone." McCARTY stated that his ex-wife had gotten him arrested for molesting his step-daughter. The UC asked McCARTY to prove he was "cool," to which McCARTY responded by stating, "Im gonna send u my registration page so u can see im not playing brb."[2] McCARTY then sent the UC a photo depicting his sex offender registration profile. The profile contained a heading stating, "Joshua David McCarty, Registered Sex Offender" and a photograph of McCARTY's face.

      The UC asked McCARTY, "what are you looking to do here?" McCARTY responded, "talk try and trade etc." McCARTY stated that his stepdaughter was 13 years old when he was previously convicted, but that he began molesting her at age 7. The UC sent McCARTY an image of his purported child, depicting her upper body.[3]  McCARTY responded that the child was "beautiful."  McCARTY stated that his step-daughter "was stunning….perfect ass and the thickest pussy ever." McCARTY stated that with his stepdaughter, "I got all the way…Well shecouldnt take it all but she tried." McCARTY stated that his ex-wife had gotten him arrested for molesting his stepdaughter, which resulted in the divorce.

      When the UC asked McCARTY what he was "looking to trade," McCARTY stated, "To be 100% honest i don't have shit. Im just getting back into it really.  I just got out april 25th." The UC sent another image depicting his purported child's clothed abdomen.[4] McCARTY stated, "…Im so fuckin hard….Im sure u got some vids…" McCARTY continued, "I used to have hours and hours of vids." In response to the UC asking McCARTY "what ages" of videos he was interested in, McCARTY responded, "Younger the better."

---

[2] All text abbreviations and typographical errors in quoted text language are original. "Brb" is a text abbreviation for "be right back."
[3] The image did not depict a real child.
[4] The image did not depict a real child.

Regarding the UC's purported daughter, the UC claimed to mostly perform "oral" with her. McCARTY responded, "Bet shes got a beautiful pussy…So pink and tight…I'd love to say that…? Meant see*" McCARTY stated that this was "the first time ive reached out since being home." McCARTY went on to explain to the UC that, prior to his arrest, he had "so much shit it was crazy," referring to images and videos of child pornography. When the UC asked if the police found it when he was arrested, McCARTY stated, "No…Thank god or they would have buried me in prison." McCARTY claimed he "destroyed" his videos of his stepdaughter "before I went on the run." McCARTY further stated that he got himself "a burner phone to do this on."

During the course of the chat, McCARTY also stated that he molested 3 neighborhood boys ages 6, 9, and 10. McCARTY stated, "I love tiny lil dicks….And there assholes are delicious." McCARTY then sent the UC an image of his erect penis under his pants. McCARTY instructed the UC regarding what he wanted to see the UC do with his daughter, sta"wake her up….Lets do it….I want you to do it all….I wanna see ur dick in her mouth her pussy anything ur willing toshow." The UC said he could not make the video at that moment, to which McCARTY responded, "Damn im ready to cum already."

McCARTY also told the UC to take a picture of his purported girlfriend's 6-year-old boy. McCARTY stated, "Bet he has a great lil dick….U gonna show me?" The UC asked McCARTY what he wanted to see, and McCARTY responded, "his lil dick." The UC then sent an image depicting the male child's clothed abdominal region.[5]

After receiving the image of the UC's girlfriend's purported son, "God damn that so hot. U hard?" McCARTY stated, "I got a link 4 u if u want it." The UC asked "what kind of link?" to which McCARTY described the link as containing 391 videos of children as young as 3.

---

[5] The image did not depict a real child.

When the UC asked, "Can u send," McCARTY bartered with the UC, "Show me that pussy." The UC sent an image of his purported daughter revealing her abdomen with the shirt lifted. McCARTY responded, "Once i see a vid of that pussy of course…." The UC said he would send a video "when I'm alone with them." McCARTY sent the UC a "MegaLink"[6] and stated, "Better not play me….Graphic vids too for all that I just sent you."

The UC viewed the MegaLink titled, "cp full" which contained 1.89 gigabytes of material. The following is a description of examples of videos that were contained within the link:

1. A video depicting an adult man inserting his penis into the anus of a prepubescent girl;

2. A video showing an adult man inserting his penis into the mouth of a prepubescent child. The adult man ejaculates into the child's mouth;

3. An adult man inserting his penis into a prepubescent child's mouth; The child is blindfolded;

4. A prepubescent toddler child in a bathtub. An adult man is having the child touch his penis and the adult man inserts his penis into the toddler's mouth;

5. An adult man inserting his penis into a toddler female child's mouth.

After exchanging messages about the UC's purported girlfriend, McCARTY sent the UC an image of his exposed erect penis, stating, I waan put in ur daughters mouth." McCARTY then stated, "Watch any of then vids yet?"

---

[6] MegaLink is a cloud-based storage account that allows users to share images and videos via link with other users.

On June 8, 2014. McCARTY was convicted in the state of Ohio of the offense of Gross Sexual Imposition on a Child, a felony i]n the third degree.  He was sentenced to five years imprisonment, and he was released in April of 2019. As a result of this conviction, McCARTY is required to register as a sex offender.

        Respectfully,
        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY

        */s/ Amy E. Larson*
        Amy E. Larson
        Assistant United States Attorney

## DEFENDANT'S ACKNOWLEDGMENT

I, Joshua David McCarty, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 1-19-22

Joshua David McCarty
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense, and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 1/24/2022

Dani Jahn, Esq.
Attorney for Defendant

3